ORIGINAL **3-21 CV0083-8**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 2 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

No. _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### (DALLAS DIVISION)

**DOUG AND ANGELA FALLIS**
Plaintiff,

v.

**JAYCO, INC.**
Defendant.

## PLAINTIFF'S ORIGINAL COMPLAINT

## IDENTITY OF PARTIES AND COUNSEL

**Plaintiff:**                    **Counsel:**

**Doug and Angela Fallis**

**ROBERT R. JONES III**
State Bar No. 24092597

2411 Emancipation Ave, Ste 202
Houston, TX 77004
Tel 832-896-1010
Fax 281-404-9021
Email robertjoneslaw@gmail.com

---

**Defendant :**                              **Counsel:**

Jayco Inc.

---

---

---

---

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiffs DOUG AND ANGELA FALLIS respectfully submit this Original Complaint against Defendant **JAYCO INC.**

### PARTIES

    1. Plaintiffs are currently residents of Hutchins, Texas in Dallas County and they can be contacted c/o the Law Office of Robert Jones, 2411 Emancipation Ave, Ste 202, Houston, TX 77004. 832-896-1010. Email robertjoneslaw@gmail.com

    2. Defendant JAYCO INC. is a company established in Indiana and in good standing with the IN Secretary of State. The Company can served by serving its registered agent CT Corporation at 334 North Senate Avenue, Indianapolis, IN 46204.

### CAUSES OF ACTION

3. Plaintiffs are suing Defendants for intentional infliction of emotional distress (IIED) and negligence as a result of manufacturing defects inherent in the 2019 JAY FEATHER 24RL TRAVEL TRAVEL TRAILER 1UJBJ00BN7K1J6037Z. The MOLD-INFESTATION caused SIGNIFICANT HEALTH PROBLEMS FOR PLAINTIFFS. THE DATE OF PURCHASE 8/19/2019. SELLER – GANDER RV – MESQUITE LOCATED AT 2764 INTERSTATE 30, MESQUITE TX 75150.

## STATEMENT OF THE CASE

4. Plaintiff has been unable to obtain any results from empty promises to repair their RV. Both husband and wife have sustained injuries as a result of these actions, and therefore brings this action for money damages of $100,000.

## NATURE OF THE CASE AND JURISDICTION

5. The basis for federal jurisdiction is complete diversity of citizenship. Plaintiff is a citizen of Texas and resident of Galveston, Texas. Defendants are citizens of the state Indiana. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. This Court has jurisdiction for these reasons.

## COUNT 1: NEGLIGENCE

6. **Negligence:** Elements of a Negligence cause of action are: 1) Duty owed by defendant to plaintiff; 2) Breach of that duty; 3) Proximate cause of the plaintiff's damages by defendant's breach; and 4) Damages. *Rodriguez-Escobar v. Goss*, 392 S.W.3d 109, 113 (Tex. 2013) Defendants negligence caused damages to Plaintiffs throat, digestive, intestinal, lungs and stomach. The incident occurred on or about August 2019 and twelve (12) months later Plaintiffs are still experiencing pain.

## COUNT 2: EMOTIONAL DISTRESS

7. **Intentional infliction of emotional distress (IIED):** The Texas law tort of intentional infliction of emotional distress requires proof of the following elements: (1) the defendant acted intentionally or recklessly; (2) the defendant's conduct was extreme and outrageous; (3) that conduct caused the plaintiff emotional distress; and (4) the emotional distress suffered by the plaintiff was severe. *Estate of Newton ex rel. Newton v. Grandstaff*, No. 3:10-CV-809-L, 2012 WL 3013929, at *7 (N.D. Tex. July 20, 2012) (Lindsay, J.) (citing *Twyman v. Twyman*, 855 S.W.2d 619, 621–22 (Tex.1993)). The Texas Supreme Court has recognized that an intentional infliction of emotional distress claim is "a 'gap-filler' tort, judicially created for the limited purpose of allowing recovery in those rare instances in which a defendant intentionally inflicts severe emotional distress in a manner so unusual that the victim has no other recognized theory of redress." *Standard Fruit & Vegetable Co. v. Johnson*, 985 S.W.2d 62, 68 (Tex. 1998) (emphasis added).

8. The Defendant's actions have not only had a deleterious effect on Mr. and Mrs. Fallis' health and mental state, the Defendant's actions have had a severe impact due to the extreme and outrageousness conduct of the Defendant's actions. Defendants intentionally or recklessly caused severe emotional distress to the Plaintiff through their actions, conduct, and intentional strategy to trample upon Plaintiff's rights. Defendant's conduct was extreme and outrageous and proximately caused Plaintiff's severe emotional distress. Plaintiff suffered damages for which Plaintiff here sues of including but not limited to severe mental anguish, interest, inconvenience, emotional pain, suffering, loss of enjoyment of life, loss of consortium, post traumatic stress disorder.

## REQUEST FOR ATTORNEY FEES

9. Plaintiff also hereby requests $30,000 in attorney fees.

## CONCLUSION

10. As a result, the Plaintiff should be awarded damages including actual and punitives. Due to the actions of Defendants, plaintiff has been damaged substantially. While no amount of money can necessarily give them their good health back, it might help ease the pain and give them some peace of mind.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully prays that this Honorable Court award him with money damages he is requesting, including attorney fees and any and all punitive or other damages the Court may deem necessary to award past, present and future.

Respectfully submitted,

/s/ Robert R. Jones III

_____

ROBERT R. JONES III
Texas Bar No. 24092597
Pro Hac Vice Application Pending
Law Office of Robert R. Jones III
2411 Emancipation Ave, Ste 202
Houston, TX 77004
Tel: (832) 896-1010
Fax: (281) 404-9021

Email: robertjoneslaw@gmail.com
COUNSEL FOR PLAINTIFFS

Date: 9/30/2020

## CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 11, by signing below, we certify to the best of our knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

By:

_____
ANGELA FALLIS

_____
DOUG FALLIS

BEFORE ME, the undersigned authority, on this day personally appeared the affiants, who are known to me to be the persons whose names are subscribed to the above and foregoing instrument and acknowledged to me that they executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _10th_ day of

September 10, 2020

JOSEPHINE L. HINOJOSA
My Notary ID # 124854309
Expires May 27, 2024

8

Notary Public in and for the State of Texas

Emancipation Ave, Ste 202

U.S District Clerk
Southern District of Texas
515 Rusk
Houston, TX 77002



US POSTAGE >> PITNEY BOWES

ZIP 77002 $ 001.40
0001374615 JAN 07 2021

JAN 12 2021

US DC
Northern District of Texas
1100 Commerce
Room 1452
Dallas Tx 75242

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS